UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE:<br>   DARROANE EDWARD MCATEE<br>   CHARLOTTE MAY MCATEE<br>                      Debtors | CASE NO: 07-30223<br>(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |
|---|---|

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4100144**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 25 | U S DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>BOX 4169<br>GREENVILLE, TX  75403 | 932.28 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/23/2011

Certificate of Service        07-30223

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

DARROANE EDWARD MCATEE
CHARLOTTE MAY MCATEE
539 LEXINGTON AVE
DAYTON, OH 45402

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH 45066

(1012.1n)
JPMORGAN CHASE BANK NA
CHASE RECORDS CENTER
ATTN CORRESPONDENCE MAIL
MAIL CODE LA4-5555 700 KANSAS LANE
MONROE, LA 71203

(1014.1n)
Linh K Tran
2101 Fourth Avenue, Ste 900
Seattle, WA 98121

(39.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH 43216

(1015.1n)
PRA RECEIVABLES MANAGEMENT
BOX 41067
NORFOLK, VA 23541

(1016.1n)
Recovery Management Systems
25 SE 2nd Avenue
Suite 1120
Miami, FL 33131

(31.1n)
STEVEN H PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH 45201-5480

(1013.1n)
SUSAN K CLIFFEL
600 VINE STREET
SUITE 2500
CINCINNATI, OH 45202

(25.1)
U S DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
BOX 4169
GREENVILLE, TX 75403

(25.3)
US DEPT OF EDUCATION
BOX 13328
RICHMOND, VA 23225

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____    sv